IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:02-548 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Marquel Dushan Riley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court pursuant to Defendant's *pro se* motion for reconsideration. ECF No. 3911. The Government has not responded to Defendant's motion.

Defendant seeks reconsideration of the court's denial of relief under Amendment 782. *See* Order, ECF Nos. 3904. Defendant argues that he did not receive a copy of the Government's response to his motion for relief under Amendment 782, and accordingly could not file a timely response. *See generally* Motion.

Out of an abundance of caution, the court grants Defendant's motion for reconsideration and vacates the Order filed June 30, 2015, based upon Defendant's inability to file a timely response.

Upon reconsideration, however, the court denies relief under Amendment 782. Although Defendant has completed many courses and appears to be improving as far as conduct, his four disciplinary actions show a pattern of failure to follow Bureau of Prisons (BOP) rules.

Therefore, the court denies Defendant relief under U.S.S.G. Amd. 782.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 3, 2015